

United States District Court
Eastern District of California

| Cecilia Ann Modesto |
Plaintiff(s)

Case Number: | 22CV00579 |

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

| True Accord Corp. |
Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

__Luke K. Chamberlain_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

__True Accord Corp._____

On __11/7/2019_____ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Illinois_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __March 27, 2023_____     Signature of Applicant: /s/  _Luke K. Chamberlain_____

**Pro Hac Vice Attorney**

Applicant's Name:          Luke K. Chamberlain

Law Firm Name:           Messer Strickler Burnette, LTD.

Address:                       142 W. Station Street


City:                    Barrington          State: IL          Zip:     60010

Phone Number w/Area Code:  312-216-1219

City and State of Residence:   Hoffman Estates, IL

Primary E-mail Address:       lchamberlain@messerstrickler.com

Secondary E-mail Address:     lchamberlain@messerstrickler.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:        June D. Coleman

Law Firm Name:              Messer Strickler Burnette, LTD.

Address:                     5960 South Land Park Drive #1059


City:                    Sacramento          State:    CA          Zip:     95822

Phone Number w/Area Code:   916-502-1768          Bar #    191890


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:    March 30, 2023

CHIEF UNITED STATES DISTRICT JUDGE

# Luke Kaehler Chamberlain

as of 3/27/2023 2:29:00 PM

---

| | |
|---|---|
| **Full Licensed Name** | Luke Kaehler Chamberlain |
| **Full Former Name(s)** | None |
| **Registered Address** | Messer Strickler Burnette, Ltd. 142 W. Station Street Barrington, Illinois 60010-4304 |
| **Registered Phone** | (312) 334-3469 |

| **Date Admitted** | November 07, 2019 |
|---|---|
| **Illinois Registration Status** | Active and authorized to practice law – Last Registered Year: 2023 |
| **Malpractice Insurance** | In annual registration, the attorney reported that the attorney, or the attorney's firm, maintains malpractice insurance. |

---

## Public Record of Discipline and Pending Proceedings

None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. Disciplinary results displayed above, if any, include information relating to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information relating to the existence or status of any investigation is not available. For additional information regarding data on this website, please contact ARDC at (312) 565-2600 or, from within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email registration@iardc.org. Attorneys may make changes to their contact information on the ARDC's Online Registration page, or by completing and submitting the Change of Address form available on our Address Changes page. Name changes require the filing of a motion with the Supreme Court. Please consult our Name Change Requests page for details.