# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MODESTO,<br><br>Plaintiff,<br><br>v.<br><br>TRUEACCORD CORP.,<br><br>Defendant. | CASE NO.:  2:22-cv-00579-KJM-AC<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES** |

///

///

///

///

///

**ORDER**

# ORDER

The Court hereby GRANTS the stipulation of the parties to continue the dates and deadlines for this case. The deadlines are extended as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| **Discovery Deadline – Nonexpert** | July 3, 2023 | October 6, 2023 |
| **Discovery Deadline – Expert** | September 20, 2023 | December 20, 2023 |
| **Expert Disclosure** | August 21, 2023 | November 21, 2023 |
| **Rebuttal Expert Disclosure** | September 4, 2023 | December 5, 2023 |
| **Deadline to Complete Settlement Conference** | May 18, 2023 | August 18, 2023 |
| **Dispositive Motion Hearing Cutoff** | November 17, 2023 | February 16, 2024 |

IT IS SO ORDERED.

DATED: April 14, 2023.

CHIEF UNITED STATES DISTRICT JUDGE